```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 14573
   CATHERINE MCNEIL
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-1392

--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/13/2007 and was confirmed 11/21/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 03/19/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
CALUMET CHATEAU CONDO AS CURRENT MORTG          .00           .00           .00
CALUMET CHATEAU CONDO AS MORTGAGE ARRE       920.86           .00           .00
CASSANDRA JACKSON        CURRENT MORTG          .00           .00           .00
CASSANDRA JACKSON        MORTGAGE ARRE       520.00           .00           .00
LITTON LOAN SERVICING    CURRENT MORTG          .00           .00           .00
LITTON LOAN SERVICING    MORTGAGE ARRE          .00           .00           .00
INTERNAL REVENUE SERVICE PRIORITY         NOT FILED           .00           .00
AMERICASH LOANS LLC      UNSECURED           791.15           .00           .00
CAPITAL ONE              UNSECURED           634.97           .00           .00
CENTRIX RESOURCE SYSTEM  UNSECURED         NOT FILED          .00           .00
COMCAST                  UNSECURED         NOT FILED          .00           .00
COMMONWEALTH EDISON      UNSECURED         NOT FILED          .00           .00
PALISADES COLLECTION LLC UNSECURED           497.08           .00           .00
CHARMING SHOPPES FASHION UNSECURED           227.22           .00           .00
PREMIER BANCARD CHARTER  UNSECURED           450.79           .00           .00
ECAST SETTLEMENT CORP    UNSECURED           262.46           .00           .00
ECAST SETTLEMENT CORP    UNSECURED           657.77           .00           .00
ECAST SETTLEMENT CORP    UNSECURED           895.88           .00           .00
STERLING INC DBA KAY JEW UNSECURED          2200.88           .00           .00
NICOR GAS                UNSECURED           243.09           .00           .00
ROBERT MORRIS COLLEGE    UNSECURED         NOT FILED          .00           .00
SALLIE MAE INC           UNSECURED              .00           .00           .00
ISAC                     UNSECURED              .00           .00           .00
ECAST SETTLEMENT CORP    UNSECURED           692.61           .00           .00
TARGET NATIONAL BANK     UNSECURED           277.42           .00           .00
WEST ASSET MANAGEMENT    UNSECURED         NOT FILED          .00           .00
STERLING INC DBA KAY JEW SECURED            1000.00          4.29         63.17
INTERNAL REVENUE SERVICE UNSECURED          2000.00           .00           .00
ROUNDUP FUNDING LLC      UNSECURED           399.42           .00           .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY       2,843.00                       798.24
TOM VAUGHN               TRUSTEE                                           59.20
DEBTOR REFUND            REFUND                                             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 14573 CATHERINE MCNEIL
```

Summary of Receipts and Disbursements:

```
----------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                  924.90

PRIORITY                                            .00
SECURED                                           63.17
    INTEREST                                       4.29
UNSECURED                                           .00
ADMINISTRATIVE                                   798.24
TRUSTEE COMPENSATION                              59.20
DEBTOR REFUND                                       .00
                       ---------------    ---------------
TOTALS                   924.90                  924.90
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 06/25/08 | /s/ Tom Vaughn |
|  | _____ |
|  | TOM VAUGHN |
|  | CHAPTER 13 TRUSTEE |